IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Wendy Chriscena Terry, | ) | Civil Action No. 4:13-cv-1148-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on the Plaintiff's Motion for an Award of Attorney's Fees (ECF No. 36) pursuant to the Equal Access to Justice Act ("EAJA") filed October 27, 2014. *See* 28 U.S.C. § 2412. Plaintiff seeks an award of attorney's fees in the amount of $3,562.63. The Commissioner filed a Response on November 6, 2014, in which she notified the Court that the Defendant did not object requested amount.

The Court has reviewed the fee motion and response and finds the Plaintiff's request for EAJA fees in the amount of $3,562.63 reasonable. Accordingly,

IT IS ORDERED that the Plaintiff's motion for attorney's fees and costs pursuant to the EAJA be granted in the amount of $3,562.63

EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to Plaintiff's counsel, Defendant is directed to make the payment due to Plaintiff's counsel. If Plaintiff has no debt subject to offset and no proper assignment has been made by Plaintiff to counsel, Defendant is

directed to make the check due pursuant to this Order payable to Plaintiff and delivered to

Plaintiff's counsel.

                                                    s/ Mary G. Lewis  
                                                    Mary G. Lewis  
                                                    United States District Judge

November 7, 2014